# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00008-MR-DSC

| | |
|---|---|
| **TD BANK, N.A.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **ENGLISH SLOPES INVESTMENTS,** ) | |
| **LLC and ORVILLE M. ENGLISH,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action against the Defendants English Slopes Investments, LLC and Orville M. English on January 13, 2015. [Doc. 1]. The Plaintiff has filed proof that service was made on both Defendants on March 23, 2015. [Docs. 8, 9]. To date, however, neither Defendant has made an appearance or otherwise defended this action, and the Plaintiff appears to have made no effort to prosecute this case. The Court will allow the Plaintiff fourteen (14) days to file an appropriate motion or otherwise take further action with respect to the Defendants. The Plaintiff is advised that failure to

take further action within the time required will result in the dismissal of this civil action.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to each Defendant.  **The Plaintiff is advised that failure to take further action within the time required will result in the dismissal of this action.**

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge